PROB 12C
(6/16)

Report Date: September 21, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 21, 2023**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Justin Shane Dewitt                Case Number: 0980 2:21CR00160-SAB-1

Address of Offender: ███████████████ Spokane, Washington 99202

Name of Sentencing Judicial Officer: The Honorable Raner Collins, U.S. District Judge
Name of Assigned Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: October 10, 2018

| | | |
|---|---|---|
| Original Offense: | Failure to Register, 18 U.S.C. § 2250(a) | |
| Original Sentence: | Prison - 396 days<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Timothy John Ohms | Date Supervision Commenced: October 22, 2021 |
| Defense Attorney: | Federal Public Defenders Office | Date Supervision Expires: October 21, 2026 |

## PETITIONING THE COURT

To issue a summons.

On October 25, 2021, Mr. Dewitt's conditions of supervision were explained by his supervising officer and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #4**: You must register as a sex offender in compliance with all federal, state, tribal or other local laws or as ordered by the Court. Failure to comply with registration laws may result in a new criminal charge.<br><br>**Supporting Evidence**: The offender is alleged to have violated special condition number 4 by failing to abide by the local sex offender registration requirements.<br><br>On August 16, 2023, Mr. Dewitt reported to the Spokane County Sheriff's Office to register as transient. Specifically, he reported that he was residing at the Union Gospel Mission (UGM). Due to his transient status, he was informed that he was required to report to the Spokane County Sheriff's Office weekly to check in.<br><br>On September 20, 2023, this officer was notified by the Spokane County Sheriff's Office that Mr. Dewitt has failed to report weekly as required. Subsequently, this officer contacted the offender and he stated that he forgot to report. |

Prob12C
**Re: Dewitt, Justin Shane**
September 21, 2023
Page 2

| | | |
|---|---|---|
| 2 | | **Standard Condition #13**: You must follow the instructions of the probation officer related to the conditions of supervision. |

**Supporting Evidence**: The offender is alleged to have violated standard condition number 13 by failing to follow the probation officer's instructions.

On August 18, 2023, the probation officer made contact with the offender at the UGM homeless shelter. At that time, he asked the undersigned if he could check out of the facility on the weekends to stay with his girlfriend in the District of Idaho. This officer declined his request and he was instructed to spend every night at the UGM so he would not lose his bed at the facility. This officer did, however, approve him to travel to the District of Idaho during the day on the weekends to visit his girlfriend.

On September 20, 2023, this officer received email correspondence from UGM advising that Mr. Dewitt had checked out of the facility five times since his original check-in date on August 14, 2023.

When confronted by the undersigned, the offender admitted to signing out of the UGM on the weekends to stay with his girlfriend in the District of Idaho.

3    **Standard Condition # 4**: You must answer truthfully the questions asked by your probation officer.

**Supporting Evidence**: The offender is alleged to have violated standard condition number 4 by failing to be truthful with the probation officer on or about September 14, 2023.

On September 14, 2023, the probation officer made contact with Mr. Dewitt at the UGM. At that time, the probation officer asked him if he had been staying at the shelter every night and he responded that he was.

As previously noted, on September 20, 2023, this officer was notified that the offender had not been residing at the UGM every night as previously instructed.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    September 21, 2023

s/Lori Cross

Lori Cross
U.S. Probation Officer

Prob12C
Re: Dewitt, Justin Shane
September 21, 2023
Page 3

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

        9/21/2023
_____
Date