PROB 12C
(6/16)

Report Date: February 26, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 26, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Justin Shane Dewitt                    Case Number: 0980 2:21CR00160-SAB-1

Address of Offender:  ▮▮▮▮▮▮▮▮▮  Spokane, Washington 99202

Name of Sentencing Judicial Officer:  The Honorable Raner Collins, U.S. District Judge
Name of Assigned Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: October 10, 2018

| | | | |
|---|---|---|---|
| Original Offense: | Failure to Register, 18 U.S.C. § 2250(a) | | |
| Original Sentence: | Prison - 396 days<br>TSR - 60 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Timothy John Ohms | Date Supervision Commenced: | October 22, 2021 |
| Defense Attorney: | Ryan Mark Farrell | Date Supervision Expires: | October 21, 2026 |

### PETITIONING THE COURT

To issue a summons.

On October 25, 2021, Mr. Dewitt's conditions of supervision were explained by his supervising officer and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #6**:  You are prohibited from possessing or manufacturing any material, including videos, magazines, photographs, computer-generated depictions, or any other media that depict sexually explicit conduct involving children or adults, as defined at 18 U.S.C. § 2256(2). You must not enter any establishment involved in the sex industry, including but not limited to adult bookstores, massage parlors, and strip clubs. You must not utilize any sex-related adult telephone numbers. The supervising officer is authorized to monitor compliance in this area by obtaining relative records including but not limited to telephone, Internet, credit cards and bank statements.<br><br>**Supporting Evidence**: The offender is alleged to have violated special condition number 6, by possessing and manufacturing material that depicts sexually explicit conduct involving adults, as defined in 18 U.S.C. § 2256(2).<br><br>On February 23, 2024, this officer conducted a search of the offender's cellular telephone due to activity that was flagged on his weekly computer monitoring report. Prior to searching the device, the probation officer asked Mr. Dewitt if he possessed any sexually explicit |

Prob12C
**Re: Dewitt, Justin Shane**
**February 26, 2024**
Page 2

content on his telephone. At that time, he admitted to having approximately 20 sexually explicit images on his computer device.

During the search of his computer device, this officer located numerous photos, videos and GIF's that depicted sexually explicit conduct involving adults. The images and videos depicted adults engaged in sexual intercourse, masturbation, fellatio and cunnilingus. There were also several videos of the offender masturbating.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 26, 2024

s/Lori Cross

Lori Cross
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

*Stanley A. Bastian*

Signature of Judicial Officer

2/26/2024
Date