PROB 12C
(6/16)

Report Date: July 11, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 11, 2025

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Justin Shane Dewitt         Case Number: 0980 2:21CR00160-SAB-1

Address of Offender: ███████████████, Spokane, Washington 99201

Name of Sentencing Judicial Officer: The Honorable Raner Collins, U.S. District Judge
Name of Assigned Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: October 10, 2018

| | | | |
|---|---|---|---|
| Original Offense: | Failure to Register, 18 U.S.C. § 2250(a) | | |
| Original Sentence: | Prison - 396 days<br>TSR - 60 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: | October 22, 2021 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: | October 21, 2026 |

## PETITIONING THE COURT

To issue a summons.

On October 25, 2021, the offender's conditions of supervision were explained by the probation officer and he signed said conditions acknowledging he understood his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #16**: You must complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement, absent further order of the court. You must allow reciprocal release of information between the supervising officer and treatment provider. You must contribute to the cost of treatment according to your ability to pay.<br><br>**Supporting Evidence**: The offender is alleged to have violated special condition number 16, by failing to attend a scheduled mental health treatment session at Pioneer Human Services (PHS) on June 18, 2025. Further, on that same date, he was discharged unsuccessful from mental health treatment.<br><br>The probation officer received email correspondence from PHS indicating the offender failed to attend a scheduled mental health treatment session on June 18, 2025. On that same date, he was discharged from the mental health treatment program due to his lack of engagement in treatment. |

Prob12C
**Re: Dewitt, Justin Shane**
**July 11, 2025**
**Page 2**

| | | |
|---|---|---|
| 2 | | **Special Condition #3:** You must attend and participate in periodic polygraph examinations as a means to determine compliance with conditions of supervision and the requirements of your therapeutic program, as directed by the probation officer. No violation proceeding will arise solely on the result of a polygraph test. A valid Fifth Amendment refusal to answer a question during a polygraph examination will not be used as a basis for a violation proceeding. You must contribute to the cost of such polygraph examination not to exceed an amount determined to be reasonable by the probation officer based on ability to pay. |

**Supporting Evidence**: The offender is alleged to have violated special condition number 3, by failing to attend a scheduled polygraph examination on June 24, 2025.

On June 24, 2025, Mr. Dewitt failed to attend his scheduled polygraph examination. It should be noted, the polygrapher spoke to the offender on or about June 23, 2025, at which time he was reminded of the above-referenced appointment and he confirmed he would attend.

3    **Special Condition #2:** You must attend and participate in a sex offender treatment program and sex offense specific evaluations as approved by the probation officer. You must abide by the policies and procedures of all the treatment and evaluation providers. You must contribute to the cost of such treatment and assessment not to exceed an amount determined to be reasonable by the probation officer based on ability to pay.

**Supporting Evidence:** The offender is alleged to have violated special condition number 2, by failing to attend a sex offender treatment session on June 25, 2025.

The probation officer received email correspondence from the offender's sex offender therapist advising Mr. Dewitt failed to report for his scheduled group treatment session on June 25, 2025.

4    **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: The offender is alleged to have violated standard condition number 2, by failing to report to the probation officer on June 30, 2025.

On June 27, 2025, the probation officer attempted to contact the offender to address his discharge from mental health treatment. He did not answer his phone, so the undersigned left him a voicemail instructing him to report to the U.S. Probation Office on June 30, 2025.

Mr. Dewitt failed to report to the U.S. Probation Office on June 30, 2025, as instructed.

5    **Special Condition #4**: You must register as a sex offender in compliance with all federal, state, tribal or other local laws or as ordered by the Court. Failure to comply with registration laws may result in a new criminal charge.

**Supporting Evidence**: The offender is alleged to have violated special condition number 4, by failing to abide by the local sex offender registration requirements.

Prob12C
**Re: Dewitt, Justin Shane**
**July 11, 2025**
**Page 3**

On June 16, 2025, Mr. Dewitt reported to the Spokane County Sheriff's Office to register his new address. Specifically, he reported that he was residing at the Way Out Center, which is a homeless shelter that provides transitional services. Due to his transient status, he is required to report to the Spokane County Sheriff's Office to check-in on a weekly basis.

On July 9, 2025, this officer was notified by the Spokane County Sheriff's Office that Mr. Dewitt has failed to report for his weekly check-ins since June 16, 2025.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 11, 2025

s/Lori Cross

Lori Cross
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

*Stan Bastian*

Signature of Judicial Officer

7/11/2025
Date