PROB 12C
(6/16)

Report Date: July 29, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 30, 2025

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Justin Shane Dewitt | Case Number: 0980 2:21CR00160-SAB-1 |
| Address of Offender: ███████████████, Spokane, Washington 99202 | |

Name of Sentencing Judicial Officer:  The Honorable Raner Collins, U.S. District Judge
Name of Assigned Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: October 10, 2018

| | | | |
|---|---|---|---|
| Original Offense: | Failure to Register, 18 U.S.C. § 2250(a) | | |
| Original Sentence: | Prison - 396 days<br>TSR - 60 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: | October 22, 2021 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: | October 21, 2026 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 07/11/2025.

On October 25, 2021, the offender's conditions of supervision were explained by the probation officer and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition #2:** You must attend and participate in a sex offender treatment program and sex offense specific evaluations as approved by the probation officer.  You must abide by the policies and procedures of all the treatment and evaluation providers.  You must contribute to the cost of such treatment and assessment not to exceed an amount determined to be reasonable by the probation officer based on ability to pay. |
| | **Supporting Evidence:** The offender is alleged to have violated special condition number 2 by failing to attend a scheduled sex offender treatment session on July 23, 2025. |
| | On July 24, 2025, the probation officer received correspondence from the offender's sex offender treatment therapist, Priscilla Hannon, indicating the offender failed to attend a scheduled treatment session on July 23, 2025.  It should be noted, Ms. Hannon had also texted Mr. Dewitt to remind him about the aforementioned appointment. |

Prob12C
Re: Dewitt, Justin Shane
July 29, 2025
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 29, 2025

s/Lori Cross

Lori Cross
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

_Stan Bastian_
Signature of Judicial Officer

7/30/2025
Date