PROB 12C
(6/16)

Report Date: July 31, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 31, 2025

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Justin Shane Dewitt                                  Case Number: 0980 2:21CR00160-SAB-1

Address of Offender: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇, Spokane, Washington 99202

Name of Sentencing Judicial Officer:  The Honorable Raner Collins, U.S. District Judge
Name of Assigned Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: October 10, 2018

| | | | |
|---|---|---|---|
| Original Offense: | Failure to Register, 18 U.S.C. § 2250(a) | | |
| Original Sentence: | Prison - 396 days<br>TSR - 60 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: | October 22, 2021 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: | October 21, 2026 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 07/11/2025 and 07/29/2025.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Special Condition #2**: You must attend and participate in a sex offender treatment program and sex offense specific evaluations as approved by the probation officer. You must abide by the policies and procedures of all the treatment and evaluation providers. You must contribute to the cost of such treatment and assessment not to exceed an amount determined to be reasonable by the probation officer based on ability to pay.<br><br>**Supporting Evidence**: The offender is alleged to have violated special condition number 2, by failing to attend a scheduled sex offender treatment session on July 31, 2025.<br><br>On July 31, 2025, the probation officer received correspondence from the offender's sex offender therapist, Priscilla Hannon, indicating the offender failed to attend a scheduled treatment session on July 30, 2025. |

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

Prob12C
**Re: Dewitt, Justin Shane**
**July 31, 2025**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 31, 2025

s/Lori Cross

Lori Cross
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

7/31/2025
Date