PROB 12C
(6/16)

Report Date: September 10, 2025

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 11, 2025

SEAN F. MCAVOY, CLERK

ECF No 68

| | |
|---|---|
| Name of Offender: Justin Shane Dewitt | Case Number: 0980 2:21CR00160-SAB-1 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓ Spokane, Washington 99202 | |

Name of Sentencing Judicial Officer:  The Honorable Raner Collins, U.S. District Judge
Name of Assigned Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: October 10, 2018

| | | | |
|---|---|---|---|
| Original Offense: | Failure to Register, 18 U.S.C. § 2250(a) | | |
| Original Sentence: | Prison - 396 days<br>TSR - 60 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: | October 22, 2021 |
| Defense Attorney: | Joel Anand Baumann | Date Supervision Expires: | October 21, 2026 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 07/11/2025, 07/29/2025 and 07/31/2025.

On October 25, 2021, the offender's conditions of supervision were explained by the probation officer and he signed said conditions acknowledging he understood his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Special Condition #4:** You must register as a sex offender in compliance with all federal, state, tribal or other local laws or as ordered by the Court. Failure to comply with registration laws may result in a new criminal charge. |
| | **Supporting Evidence**: The offender is alleged to have violated special condition number 4, by failing to abide by local sex offender registration requirements. |
| | On or about July 15, 2025, Mr. Dewitt reported to the Spokane County Sheriff's Office (SCSO) to register his new address.  At that time, he did not disclose to SCSO staff that his new address was a motel room that he was renting by the week.  Since this address is not considered a permanent residence, he was instructed to return to the SCSO to register as transient.  Due to his transient status, he is required to report to the SCSO on a weekly basis to check-in per the registration requirements. |

Prob12C
**Re: Dewitt, Justin Shane**
**September 10, 2025**
**Page 2**

Since July 15, 2025, this officer has reminded the offender numerous times that he is required to abide by the aforementioned reporting requirements.

On September 10, 2025, this officer was notified by the SCSO that Mr. Dewitt has failed to report for his required weekly check-ins since August 13, 2025.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    September 10, 2025

s/Lori Cross

Lori Cross
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

9/11/2025
Date